**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricardo FLORES–VARGAS,**
**Defendant–Appellant.**

No. 03–10913.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Nancy E. Larson, Assistant U.S. Attorney, Douglas Allen, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Ricardo Flores–Vargas, San Antonio, TX, pro se.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Court-appointed appellate counsel for defendant Ricardo Flores–Vargas has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief, Flores–Vargas's one-page response, and the record discloses no nonfrivolous issues for appeal. Appointed counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH Cir. R. 42.2.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

* Pursuant to 5TH Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH Cir. R. 47.5.4.